UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEMUN D. WALKER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:07CV01859 ERW |
| | ) |
| STATE OF MISSOURI, | ) |
| | ) |
| Respondent. | ) |

**ORDER OF PARTIAL DISMISSAL**
**PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)**

**IT IS HEREBY ORDERED** that petitioner's claims for the alleged violation of his constitutional rights under 42 U.S.C. §§ 1983 and 1985 are **DISMISSED**, without prejudice.

**IT IS FURTHER ORDERED** that petitioner is **DENIED** a certificate of appealability if he appeals this order of partial dismissal.

So Ordered this 3rd Day of March, 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE